```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0039--CR (TWH)
                  "USA V HERLINDA A. GUSMAN"
                  DEF 1.1 GUSMAN, HERLINDA A.

      Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
   Magistrate Judge:
             Filed: 11/03/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Not specified
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: J. Thomas Bartleson
                   Special Assistant U.S. Attorney
                   101 12th Avenue, Room 310
                   Box 2
                   Fairbanks, AK 99701
                   907-353-6554
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 GUSMAN, HERLINDA A.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 21:844 POSSESSION OF A CONTROLLED SUBSTANCE (M) | Pending |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE F05-0039--CR (TWH)
                           "USA V HERLINDA A. GUSMAN"

                                For all filing dates
```

Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
           Filed: 11/03/05
          Closed: NO
No. of Defendants: 1

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| NOTE - 1   | 11/03/05 | Issued: summons |
| 1 - 1      | 11/03/05 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1      | 11/03/05 | [Re: DEF 1] TWH Minute Order setting arraignment for friday Jan 13,2006 at 1:30 p.m. in courtroom #2 in Fairbanks, AK cc: USA, USM, USPO, FPD, MJ Hall. |
| 3 - 1      | 11/04/05 | Return of summons executed on 11/04/05 by USM. |