UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  HERLINDA A. GUSMAN  </u>

THE HONORABLE TERRANCE W. HALL

Deputy Clerk                                    CASE NO. <u>  F05-0039CR(TWH)  </u>

<u>  CAROLYN BOLLMAN  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 11, 2006

Due to a scheduling conflict the arraignment scheduled for **Friday, January 13, 2006 at 1:30 p.m. is VACATED** and will be reset for **Friday, February 3, 2006 at 11:00 a.m. in Courtroom 2,** Room 326, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

Defendant, Herlinda A. Gusman is directed to contact Pretrial Services at (907) 456-0266 not less than three (3) business days prior to the scheduled court appearance. The Office of the Federal Public Defender in Anchorage is (907) 646-3400.

[]{ARRAIGNR.WPD*Rev.3/97}