```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs __Herlinda Gusman__ CASE NO. __F05-0039 CR (TWH)__
Defendant: Not present

BEFORE THE HONORABLE        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      SHANNON JOHNSON

UNITED STATES ATTORNEY:     J. THOMAS BARTLESON

DEFENDANT'S ATTORNEY:       M.J. HAYDEN

PROCEEDINGS: CONTINUED ARRAIGNMENT ON INFORMATION
Held: FEBRUARY 3, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:37:57 A.M. court convened.

Ms. Gusman did not make an appearance even though a Summons was issued.

Neither side has had any contact with the Defendant.

Government requests a Supplemental Summons to be issued.

Court agrees.

Supplemental Summons to be issued for Ms. Gusman

At 11:40 a.m. court adjourned.


DATE: __2/2/2006__      DEPUTY CLERK'S INITIALS: __SCJ__