DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501
Email: tom.bartleson@us.army.mil

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **HERLINDA A. GUSMAN,** <br><br> Defendant | Case Number 4:05-cr-039-TWH <br><br> **GOVERNMENT'S MOTION ON SHORTENED TIME TO APPEAR TELEPHONICALLY AND PROPOSED ORDER** |

COMES NOW, the Special Assistant United States Attorney, and files this Motion on Shortened Time to Appear Telephonically at the arraignment currently scheduled for 10:30 a.m., Thursday, March 9, 2006. The Special Assistant United States Attorney will be at training in Charlottesville, Virginia, and will be unable to appear in person at the arraignment.

RESPECTFULLY submitted, this 27th Day of February, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting U.S. Attorney

s/J. Thomas Bartleson
J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501
Email: tom.bartleson@us.army.mil
AK Bar #_____

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006, a copy of the following **GOVERNMENT'S MOTION ON SHORTENED TIME TO APPEAR TELEPHONICALLY AND PROPOSED ORDER,** served electronically on M. J. Haden.

s/J. Thomas Bartleson