```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.    HERLINDA A. GUSMAN      CASE NO.  4:05-CR-0039-TWH
Defendant:   Present    In Custody    On Summons    On Bond

BEFORE THE HONORABLE:      TERRANCE W. HALL

DEPUTY CLERK/RECORDER:     MISTY DAVENPORT

UNITED STATES' ATTORNEY:   CAPT. J. THOMAS BARTLESON *

DEFENDANT'S ATTORNEY:      M.J. HADEN, FRIEND OF THE COURT

U.S.P.O.:                  MARCI LUNDGREN

 * Telephonic Appearance

PROCEEDINGS: CONTINUED ARRAIGNMENT  Held: 03-10-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:02 a.m. court convened.
```

Court and counsel heard re summons was returned unexecuted and defendant had not been served.

Court and counsel heard re government moves to dismiss case without prejudice.

Court **GRANTS** motion to dismiss case without prejudice.

At 11:06 a.m. court adjourned.

```
DATE:    03-10-06              DEPUTY CLERK'S INITIALS:    MLD
```