**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
) Case No. 4:05-cr-00039-TWH
v. )
)
HERLINDA A. GUSMAN, )
)
       Defendant. )
)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal with/without prejudice;
    ___ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___ The jury has returned its verdict, finding the defendant NOT GUILTY;
    ___ (Other reason, or reasons, if any);
of the offense(s) of  as charged in count(s)  of the Information/Indictment/Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED at Fairbanks, Alaska, this 10th day of March, 2006.

**REDACTED SIGNATURE**

    TERRANCE W HALL
    United States Magistrate Judge

[]{DISCHARG.WPD*Rev.2/97}